**CARLSON & MESSER LLP**
Charles R. Messer (SBN: 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
WatkinsS@cmtlaw.com
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
*Attorneys for Defendant,*
*YES ONLINE INC. d/b/a*
*DYNAMIC LEGAL RECOVERY*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michele Carrese and Luis Espinoza, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Yes Online Inc. d/b/a Dynamic Legal Recovery,<br><br>    Defendant. | CASE NO. 2:16-cv-05301-SJO-AFM<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiff MICHELE CARRESE and Defendant YES ONLINE INC. d/b/a DYNAMIC LEGAL RECOVERY ("Defendant") through their respective counsel of record, that the individual action of Plaintiff MICHELE CARRESE be dismissed with prejudice,

and to dismiss without prejudice, the putative class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own fees. costs and expenses.

**GREENWALD DAVIDSON RADBIL PLLC**

Dated:  August 18, 2017

s/ James L Davidson
James L Davidson
*Attorneys for Plaintiff,*
*MICHELE CARRESE*

**CARLSON & MESSER LLP**

Dated:  August 18, 2017

s/ David J. Kaminski
Charles R. Messer
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*YES ONLINE INC. d/b/a*
*DYNAMIC LEGAL RECOVERY*

{Carrese - Stip to Dismiss;1}

2

STIPULATION TO DISMISS
Case No.: 2:16-CV-05301-SJO-AFM

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Stipulation to Dismiss Pursuant to FRCP 41(a)(1)(A)(ii). Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated:  August 18, 2017

s/ David J. Kaminski
Charles R. Messer
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*YES ONLINE INC. d/b/a*
*DYNAMIC LEGAL RECOVERY*