UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-05301 SJO (AFMx) | | Date | August 21, 2017 |
|---|---|---|---|---|
| Title | Michael Carrese et al v. Yes Online Inc., et al | | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Not Present | |
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        IN CHAMBERS -

The Court is in receipt of the stipulation to dismiss pursuant to FRCP 41(a)(1)(A)(ii). Accordingly, the Court dismisses this action pursuant to stipulation to dismiss. All pending matters are vacated and taken off this Court's calendar.

JS-6

                                                                            : _____

                                          Initials of Preparer           vpc